CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770
E mail: c.fry@att.net

Attorney for GURDEV JOHL,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-CR-00180-JAM |
| Plaintiff, | **WAIVER OF PERSONAL APPEARANCE** |
| v. | |
| GURDEV KAUR JOHL, | |
| Defendant. | |

The defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, every trial stage including impanelment of jury and verdict, and imposition of sentence.  The defendant hereby requests the court to proceed during every absence of hers which the court may permit pursuant to this waiver, agrees that her interests will be deemed represented at all times by the presence of her attorney the same as if she were personally present, and further agrees to be present in court and ready for trial any day and hour the court may fix in her absence.

///

The defendant acknowledges that she has been informed of her rights under Title 18 U.s.C. Sections 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under that act without her being present.

Dated: May 15, 2012 /s/ Gurdev Kaur Johl
GURDEV KAUR JOHL, Defendant

I agree with and consent to my client's waiver of appearance.

Dated: May 15, 2012 /s/ Candace A. Fry
CANDACE A. FRY, Attorney for Defendant

**O R D E R**

It is so ordered.

Dated: May 18, 2012

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE