|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| REY CARTAS VELASQUEZ, et al., | No. 2:01-cv-00246-MCE-DAD |
| Plaintiffs, | (Related No. 2:12-cr-00180-MCE) |
| v. | |
| MOHAMMED KHAN, aka MOHAMMED NAWAZ KHAN dba KHAN LABOR CONTRACTOR, et al., | **RELATED CASE ORDER** |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 2:12-cr-00300-JAM |
| v. | |
| RYAN HERBERT SMITH, et al., | |
| Defendants. | |

The Court has received the Notice of Related Case filed on August 28, 2012.

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).

1

| 1  | The actions involve many of the same parties, and are based on
| 2  | the same or similar claims, and/or events, involve similar
| 3  | questions of fact, and would therefore entail a substantial
| 4  | duplication of labor if heard by different judges.  Accordingly,
| 5  | the assignment of the matters to the same judge is likely to
| 6  | effect a substantial savings of judicial effort and is also
| 7  | likely to be convenient for the parties.
| 8  | The parties should be aware that relating the cases under
| 9  | Local Rule 123 merely has the result that both actions are
| 10 | assigned to the same judge; no consolidation of the action is
| 11 | effected.  Under the regular practice of this court, related
| 12 | cases are generally assigned to the district judge to whom the
| 13 | first filed action was assigned.
| 14 | IT IS THEREFORE ORDERED that the action denominated 2:12-cr-
| 15 | 00300-JAM, United States of America v. Ryan Herbert Smith, et al.
| 16 | is reassigned to Judge Morrison C. England, Jr. for all further
| 17 | proceedings, and any dates currently set in this reassigned case
| 18 | only are hereby VACATED.  Henceforth, the caption on documents
| 19 | filed in the reassigned case shall be shown as 2:12-cr-00300-MCE.
| 20 | At the request of counsel, a Status Conference in the Smith case
| 21 | is set for **September 27, 2012, at 9:00 a.m.,** in Courtroom 7.
| 22 | ///
| 23 | ///
| 24 | ///
| 25 | ///
| 26 | ///
| 27 | ///
| 28 | ///

IT IS FURTHER ORDERED that the Clerk of the Court make
appropriate adjustment in the assignment of criminal cases to
compensate for this reassignment.
        IT IS SO ORDERED.

 Dated: September 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE