BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MOHAMMAD NAWAZ KHAN, et al.,<br><br>                Defendants. | CASE NO. Cr. 2:12-cr-00180 MCE<br><br><u>STIPULATION REGARDING<br>EXCLUDABLE TIME PERIODS<br>UNDER SPEEDY TRIAL ACT;<br>FINDINGS AND ORDER</u> |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. At the last status conference on September 27, 2012, the Court ordered this case continued until January 24, 2013.

2. By this stipulation, defendants now move to continue the status conference until March 7, 2013 and to exclude time between January 24, 2013 and March 7, 2013 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

USA v. KHAN, et al
2:12-cr-00180
Stip and Order Excluding Time

a. The government has produced over 5,000 pages of discovery to date, which includes FBI-302s, interview memoranda, the search warrants and affidavit, redacted transcripts of recorded conversations and telephone calls, business records from the Employment Development Department, and deposition transcripts from the prior civil case. The government has also made available for inspection and copying at the FBI evidence seized pursuant to the search warrants and business records that were subpoenaed from various banks. Finally, the government has made available for inspection and copying additional business records from the Employment Development Department. These records are voluminous.

b. Counsel for defendants desire additional time to review and copy discovery for this matter and to conduct additional investigation.

c. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 24, 2013 to March 7, 2013 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of

USA v. KHAN, et al
2:12-cr-00180
Stip and Order Excluding Time

the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: January 18 2013.

        /s/ Jared C. Dolan
        JARED C. DOLAN
        Assistant United States Attorney

DATED: January 18, 2013

        /s/ Jared Dolan for
        JOHN VIRGA
        Counsel for Defendant Mohammad Nawaz Khan

DATED: January 18, 2013

        /s/ Jared Dolan for
        RON PETERS
        Counsel for Defendant Mohammad Adnan Khan

DATED: January 18, 2013

        /s/ Jared Dolan for
        OLAF HEDBERG
        Counsel for Defendant Mohammad Shahbaz Khan

DATED: January 18, 2013

        /s/ Jared Dolan for
        KELLY BABINEAU
        Counsel for Defendant Iqila Begum Khan

DATED: January 18, 2013

        /s/ Jared Dolan for
        CHRIS COSCA
        Counsel for Defendant Kewal Singh

DATED: January 18, 2013

                                  /s/ Jared Dolan for
                                  CANDACE FRY
                                  Counsel for Defendant Gurdev Johl

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: January 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

USA v. KHAN, et al
2:12-cr-00180
Stip and Order Excluding Time