KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for IQUILA KHAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. CR. 2:12-CR-180 MCE |
| Plaintiff, ) | |
| ) | AMENDED STIPULATION AND |
| v. ) | ORDER TO CONTINUE |
| ) | STATUS CONFERENCE |
| ) | |
| MOHAMMAD NAWAZ KHAN, et al. ) | |
| ) | Date: 12-19-13 |
| Defendants. ) | Time: 9:00 a.m. |
| _____) | Judge: Hon. Morrison C. England |

Plaintiff United States of America, by and through its counsel of record, and defendants by and through their counsels of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 14, 2013.

2. By this stipulation, defendants now move to continue the status conference until December 19, 2013, and to exclude time between November 14, 2013 and December 19, 2013, under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

-1-

a. The government has produced over 4000 pages of discovery to date, which includes FBI-302's, interview memorandum, the search warrants and affidavit, redacted transcripts of recorded conversations and telephone calls, business records from the Employment Development Department, and deposition transcripts from the prior civil case. The government has also made available for inspection and copying at the FBI evidence seized pursuant to the search warrants and business records that were subpoenaed from various banks. Finally, the government has made available for inspection and copying additional business records from EDD. These records are voluminous.

b. Counsel for defendants desire additional time to complete the review of discovery, to conduct defense investigation, and to discuss potential resolutions with their clients. Counsel are continuing to engage in negotiations with the government.

c. Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 14,

2013 to December 19, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 12, 2013            Respectfully submitted,

                                     /s/ Kelly Babineau
                                     KELLY BABINEAU
                                     Attorney for Iquila Khan

Dated: November 12, 2013             /s/ John Virga
                                     Kelly Babineau for:
                                     JOHN VIRGA
                                     Attorney for Mohammad Nawaz Khan

Dated: November 12, 2013             /s/ Ron Peters
                                     Kelly Babineau for:
                                     RON PETERS
                                     Attorney for Mohammad Adnan Khan

Dated: November 12, 2013             /s/ Olaf Hedberg
                                     Kelly Babineau for:
                                     OLAF HEDBERG
                                     Attorney for Mohammad Shahbaz Khan

Dated: November 12, 2013          /s/ Chris Cosca
                                  Kelly Babineau for:
                                  CHIS COSCA
                                  Attorney for Kewel Singh

Dated: November 12, 2013          /s/ Candace Fry
                                  Kelly Babineau for:
                                  CANDACE FRY
                                  Attorney for Gurdev Johl

Dated: November 12, 2013          /s/ Jared Dolan
                                  Kelly Babineau for:
                                  JARED DOLAN
                                  Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: November 13, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT